# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ALI LONDON, in his individual capacity and as next friend for L.L.<br><br>　　　　Plaintiff,<br><br>　　　　V.<br><br>MICHAEL HEH; MARIA HEH; WENDY STAFFORD; NICOLE LINKE; TURTLE BAY CONDOS LLC;, a Hawaii limited liability company; HONOLULU POLICE DEPARTMENT; CITY AND COUNTY OF HONOLULU; ANDREW TYAU-BEAM, Individually; BYRON L. BEATTY, Individually; DOE DEFENDANTS 1-20<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 22-00491 DKW-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Mar 27, 2024, 2:38 pm<br>Lucy H. Carrillo, Clerk of Court |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order (1) Granting Defendant City and County of Honolulu's Motion for Judgment on the Pleadings; (2) Granting in Part Defendants Andrew Tyau-Beam and Byron Beatty's Motion for Judgment on the Pleadings; and (3) Holding in Abeyance Defendant Michael Heh, Maria Heh, Wendy Stafford, Nicole Linke, and Turtle Bay Condos LLC's Motion for Summary Judgment", ECF No. 79, filed on November 13, 2023 and the "Order (1) Granting Defendant City and County of Honolulu's Motion to Dismiss; (2) Denying Defendants Michael Heh, Maria Heh, Wendy Stafford, Nicole Linke, and Turtle Bay Condos LLC's Motion for Partial Summary Judgment; and (3) Denying as Moot Defendants Andrew Tyau-Beam

and Byron Beatty's Motion for Judgment on the Pleadings as to Count VIII", ECF No. 98, filed on March 27, 2024.  All claims against Defendant the Honolulu Police Department were dismissed with prejudice, pursuant to the "Stipulation for Partial Dismissal with Prejudice of Defendant Honolulu Police Department; and Order", ECF No. 66, filed on August 8, 2023.

|  |  |
|---|---|
| March 27, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |